UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ABIMAEL DUARTE-PARRA,**<br><br>Petitioner,<br><br>v.<br><br>**WARDEN, FCI FORT DIX**<br><br>Respondent. | Civil Action No. 24-09493 (JKS)<br><br>MEMORANDUM OPINION |

**IT APPEARING THAT:**

1. On or about September 27, 2024, Petitioner Abimael Duarte-Parra, a prisoner confined in the Federal Correctional Institution in Fort Dix, New Jersey ("FCI Ft. Dix"), filed a petition for writ of habeas corpus under 28 U.S.C. § 2241, seeking immediate transfer to pre-release custody upon application of his earned time credits under the First Step Act. (Pet., ECF No. 1.) The Court administratively terminated this matter for nonpayment of the filing fee. (Oct. 9, 2024 Order, ECF No. 2.) On October 15, 2024, Petitioner paid the $5 filing fee, and the case was reopened.

2. On December 20, 2024, Petitioner filed an Emergency Motion to Expedite Petition Under 28 U.S.C. § 2241 ("Motion to Expedite"). (Mot. to Expedite, ECF No. 3.) A search of the Federal Bureau of Prisons website[1] indicates that Petitioner was released from custody on February 13, 2025.

3. "If developments occur during the course of adjudication that eliminate a plaintiff's personal stake in the outcome of a suit or prevent a court from being able to grant the requested relief, the case must be dismissed as moot." *Blanciak v. Allegheny Ludlum Corp.*, 77 F.3d 690, 698–99 (3d Cir. 1996).

---

[1] Federal Bureau of Prisons, Find an Inmate Search, available at https://www.bop.gov/inmateloc/ (last visited March 5, 2025).

4. The petition no longer presents a live case or controversy. Therefore, the Court will dismiss this matter as moot.

An accompanying Order follows.

DATE: April 2, 2025

                                                 **HON. JAMEL K. SEMPER**
                                                 United States District Judge